**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HILDA T.H., | ) Case No. EDCV 20-1246-SVW (JPR) |
| Plaintiff, | ) |
| v. | ) ORDER ACCEPTING FINDINGS AND |
| | ) RECOMMENDATIONS OF U.S. |
| COMMISSIONER OF SOCIAL SECURITY, | ) MAGISTRATE JUDGE |
| | ) |
| Defendant. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Plaintiff's motion for judgment on the pleadings, the Commissioner's motion for summary judgment, the Administrative Record, and the records on file as well as the Report and Recommendation of U.S. Magistrate Judge. No objections to the R. & R. have been filed.

The Court accepts the findings and recommendations of the Magistrate Judge. IT THUS IS ORDERED that (1) Plaintiff's motion for judgment on the pleadings is DENIED; (2) the Commissioner's motion for summary judgment is GRANTED; and (3) judgment be entered affirming the final decision and dismissing this action with prejudice.

DATED: November 15, 2021

STEPHEN V. WILSON
U.S. DISTRICT JUDGE