JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HILDA T. HARTON, | ) | Case No. EDCV 20-1246-SVW (JPR) |
| Plaintiff, | ) | **J U D G M E N T** |
| v. | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge, it is hereby ADJUDGED THAT judgment is entered in the Commissioner's favor and this action is dismissed with prejudice.

DATED: November 15, 2021

                                          STEPHEN V. WILSON
                                          U.S. DISTRICT JUDGE